# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**JOSEPH MCGUNIGLE**
*Plaintiff*

v.

**CITY OF QUINCY, ET AL.**
*Defendant*

Civil Action No.:
**1:12–CV–10852–RGS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

John Dougan, in his Individual and Official Capacities
1 Sea Street
Quincy, MA 02169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

Timothy M. Burke, Esq.
160 Gould Street, Suite 100
Needham, MA 02494

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SARAH ALLISON THORNTON**
*CLERK OF COURT*

**/s/ – Steve York**
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT SUMMONS DISTRICT OF MASSACHUSETTS

**ISSUED ON 2012–05–11 15:18:31.0**, Clerk USDC DMA

Civil Action No.: **1:12–CV–10852–RGS**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) ____________________

was received by me on (date)______________.

☐ I personally served the summons on the individual at (place)____________________

____________________on (date)____________________ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name)__________

____________________, a person of suitable age and discretion who resides there,

**Norfolk County Sheriff's Office,** P.O. Box 859215, Braintree, MA 02185-9215 / Tel. (781) 326-7271
**Norfolk, SS**

May 17, 2012

I hereby certify and return that on 5/16/2012 at 11:20AM I served a true and attested copy of the summons, complaint with exhibits, civil cover sheet and category sheet in this action in the following manner: To wit, by delivering in hand to Officer Bulger, Officer in Charge, person in charge at the time of service for John Dougan, in his Individual and Official Capacities, at 1 Sea Street, Quincy, MA 02169.Basic Service Fee ($30.00), Copies-Attestation ($5.00), Postage and Handling ($1.00) Total Charges $36.00

Deputy Sheriff Ronald Goguen **Deputy Sheriff**

Date

*Server's Signature*

*Printed name and title*

*Server's Address*

Additional information regarding attempted service, etc:

Certificate of Service

I hereby certify that I have served a true copy of the foregoing document upon each other attorney of record by the Electronic Filing System (ECF).

Dated: 5/21/12

/s/ Timothy M. Burke